# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ronald Demond Boykin,

        Plaintiff,                            JUDGMENT IN A CIVIL CASE

vs.                                             3:11-cv-403-RJC

P. Boney, et al.,

        Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 30, 2011 Order.

                                               Signed: August 30, 2011

Frank G. Johns, Clerk
United States District Court